UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: November 21, 2017
```

DERRICK ANDERSON, *on behalf of himself and all others similarly situated,*

          Plaintiff,

-against-

THE MERMAID HOLDING COMPANY, LLC,

          Defendant.

~~Case No.: 17-CV-03696~~

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant, THE MERMAID HOLDING COMPANY, LLC, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective fees and costs.

For the Defendant:

By: _____
Robert William Hellner
Wood Smith Henning & Berman LLP
685 Third Avenue, 18th Floor
New York, NY 10017
Telephone: (212) 999-7100
rhellner@wshblaw.com

Date: 11/20/2017

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, NY 10016
Telephone: (212) 465-1188
cklee@leelitigation.com

Date: 11/20/17

SO ORDERED

_____
U.S.D.J.

November 21, 2017